UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE WRIGHT,

            Plaintiff,

v.                                                                 Case No. 25-12620
                                                                   Honorable Linda V. Parker

WALMART INC., et al.,

            Defendant.
_____/

## ORDER STRIKING STIPULATION

On April 16, 2026, Defendant's counsel filed a Stipulated Order of Dismissal [ECF No. 18]. Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulated Order of Dismissal [ECF No. 18] is **STRICKEN**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 16, 2026